# THE LAW OFFICE OF ABRAHAM NEUHAUS LLC

February 15, 2023

**Via: ECF**

The Honorable Dora L. Irizarry, U.S.D.J.
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Joel Wertzberger v. Joel Weiss*, Case No.:1:22-cv-07822-DLI-CLP

Dear Judge Irizarry:

This office represents plaintiff Joel Wertzberger.

Please be advised that I am in receipt of the enclosed correspondence dated February 10, 2023, received via first class mail, from an attorney representing defendant Joel Weiss. The letter indicates that Mr. Weiss has filed for Bankruptcy protection under Chapter 13 in a matter entitled *Yoel Weiss, Chapter 13 Bankruptcy Case No. 5-23-00283* in the United States Bankruptcy Court for the Middle District of Pennsylvania.

This matter would appear to be stayed at the present time by virtue of the Federal Bankruptcy stay.

I note, that under a Chapter 13 plan, a secured plaintiff like Mr. Wertzberger would typically be satisfied pursuant to a plan, therefore this matter will likely be fully resolved in the Bankruptcy Court. I will of course notify this Court if, and when, the matter is fully resolved so that the Court may mark the case closed.

Respectfully yours,

Abraham Neuhaus

Enclosure

124 Benjamin Street
Toms River, New Jersey 08755
(845) 548-7284

Telecopier: (646) 349-1381
abeneuhausesq@gmail.com

# Law Office of Tullio DeLuca

381 N. 9th Avenue
Scranton, PA 18504

**Tullio DeLuca, Esquire**
E-Mail: Tullio.DeLuca@verizon.net

Telephone: (570) 347-7764
Facsimile: (570) 347-7763

February 10, 2023

First Class Mail

Abraham Neuhaus
The Law Office of Abraham Neuhaus, LLC
124 Benjamin Street
Toms River, New Jersey 08755

Re: Joel Wertzberger vs. Joel Weiss a/k/a Yoel Y Weiss
No. 22-cv-07822

Yoel Weis
Chapter 13 Bankruptcy; Case No. 5-23-00283

Dear Attorney Neuhaus:

Please be advised that I have been retained to represent Yoel Weiss's interest in a Chapter 13 Bankruptcy proceeding filed on February 9, 2023 with the United States Bankruptcy Court for the Middle District of Pennsylvania. A copy of the Notice of Bankruptcy Case Filing is enclosed for your records. I kindly request that you cease further collection efforts on the above matter.

Should you have any questions, please feel free to contact me at my office. Thank you.

Very truly yours,

Tullio DeLuca, Esquire

TD/ng
Enclosure

cc: Yoel Weiss

# United States Bankruptcy Court
## Middle District of Pennsylvania

# Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 02/09/2023 at 5:55 PM and filed on 02/09/2023.

**Yoel Weiss**
800 Clay Ave
Scranton, PA 18510
SSN / ITIN: xxx-xx-7800
*aka* **Yoel S. Weiss**

The case was filed by the debtor's attorney:

**Tullio DeLuca**
381 N. 9th Avenue
Scranton, PA 18504
570 347-7764

The case was assigned case number 5:23-bk-00283.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

To view the bankruptcy petition and other documents filed in this case, please visit the following Internet link: http://www.pamb.uscourts.gov/ You must first register at this web site: http://pacer.psc.uscourts.gov/ There is no registration fee. However, the Judicial Conference of the United States has established a fee for access to information in PACER. All registered users will be charged as follows: Use of the PACER system will generate a .10 per page charge, and Audio files of court hearings retrieved via PACER will generate a 2.40 per file charge. Public access computer terminals are also available at the Clerk's Office's two locations, 9:00 am to 4:00 pm, M-F (closed on all federal holidays): Max Rosenn US Courthouse, 197 South Main Street, Wilkes-Barre, PA 18701 and Ronald Reagan Federal Building and Courthouse, 228 Walnut Street, Harrisburg, PA 17101.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Terrence S. Miller
Clerk, U.S. Bankruptcy Court

| PACER Service Center |||
|---|---|---|
| Transaction Receipt |||
| 02/09/2023 18:13:14 |||
| **PACER Login:** | deluca66 | **Client Code:** |

| Description: | Notice of Filing | Search Criteria: | 5:23-bk-00283 |
|---|---|---|---|
| Billable Pages: | 1 | Cost: | 0.10 |

| Description: | Notice of Filing | Search Criteria: | 5:23-bk-00283 |
|---|---|---|---|
| Billable Pages: | 1 | Cost: | 0.10 |